**Dismiss and Opinion Filed September 25, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01314-CR

**REDDIE HOUSTON, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81813-06**

## MEMORANDUM OPINION

Before Justices Moseley, Lang, and Brown
Opinion by Justice Moseley

Reddie Houston was convicted of two counts of indecency with a child and one count of sexual assault of a child, as alleged in one indictment. Punishment, enhanced by one prior felony conviction, was assessed at life imprisonment on each count. Sentence was imposed in open court on June 13, 2007. The convictions were affirmed on direct appeal. *Houston v. State*, No. 05-07-01049-CR, 2008 WL 4559969 (Tex. App.—Dallas 2008, no pet.) (mem. op., not designated for publication). On September 19, 2013, appellant filed a pro se notice of appeal seeking to appeal the "judgment and sentence imposed in open court on June 13, 2007." We conclude we lack jurisdiction over the appeal.

"Jurisdiction concerns the power of a court to hear and determine a case." *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996). The jurisdiction of an appellate court must be

legally invoked, and if not, the power of the court to act is as absent as if it did not exist. *See id.* at 523. To invoke the Court's jurisdiction, an appellant must file his notice of appeal within the time period provided by the rules of appellate procedure. *See id.*; *see also Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998) (per curiam).

Appellant's September 19, 2013 notice of appeal is untimely as to the June 13, 2007 sentencing date. *See* TEX. R. APP. P. 26.2(a). Accordingly, we dismiss the appeal for want of jurisdiction.

/Jim Moseley/
JIM MOSELEY
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
131314F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

REDDIE HOUSTON, Appellant

No. 05-13-01314-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 366th Judicial District Court, Collin County, Texas
Trial Court Cause No. 366-81813-06.
Opinion delivered by Justice Moseley,
Justices Lang and Brown participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 25th day of September, 2013.

/Jim Moseley/
JIM MOSELEY
JUSTICE